No. 23-3265

# In the United States Court of Appeals for the Third Circuit

ALEXANDER SMITH,

*Plaintiff-Appellant,*

v.

CITY OF ATLANTIC CITY, ET AL,

*Defendants-Appellees,*

On Appeal from the U.S. District Court
for the District of New Jersey
No. 1:19-cv-06865

Honorable Christine P. O'Hearn

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE

Nicholas DelGaudio
Cleary, Giacobbe, Alfieri, Jacobs LLC
955 State Route 34, Suite 200
Matawan, NJ 07747
Tel.: (732) 583-7474
ndelgaudio@cgajlaw.com

Counsel for Defendants-Appellees

Joshua C. McDaniel
Parker W. Knight III
Kathryn F. Mahoney
HARVARD LAW SCHOOL
  RELIGIOUS FREEDOM CLINIC
6 Everett Street, Suite 5110
Cambridge, MA 02138
Tel.: (617) 496-4383
jmcdaniel@law.harvard.edu

David J. Hacker
Jeffrey C. Mateer
Justin E. Butterfield
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy., Ste. 1600
Plano, Texas 75075

Kayla A. Toney
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave. NW, Ste. 1401
Washington, DC 20004

Counsel for Plaintiff-Appellant

# **JOINT MOTION TO MODIFY BRIEFING SCHEDULE**

The parties jointly move under Third Circuit Local Appellate Rule 27 to modify the briefing schedule. This is the first motion to modify the schedule. It is supported by good cause, as explained below.

1. Under the Court's January 22, 2024, order, Mr. Smith's opening brief is currently due on March 4, 2024; Appellees' response brief is due 30 days after service of the opening brief; and Mr. Smith's reply brief is due 21 days after service of the response brief.

2. Mr. Smith recently retained First Liberty Institute and the Harvard Law School Religious Freedom Clinic as appellate counsel for this appeal. Both organizations provide pro bono representation to clients in legal matters raising religious liberty issues, and the clinic offers law school students hands-on, supervised experience counseling clients, developing legal theories, and drafting briefs and other filings.

3. A 30-day extension of the briefing schedule will allow time for the clinic students, who just began their spring 2024 clinic semester on January 22, to familiarize themselves with Mr. Smith's case, research legal issues, discuss theories, draft the opening brief, and

have their work reviewed by clinic staff attorneys and co-counsel to ensure the brief meets professional standards.

4. Additionally, Mr. Smith is currently in South Africa on a pre-planned mission trip. Thus, it is difficult to communicate with him about his case.

5. Corresponding extensions of the response and reply brief deadlines will also provide the attorneys for Appellant and Appellees, as well as the clinic students, necessary time to adequately brief the issues raised in this appeal.

For the foregoing reasons, the parties request that the Court modify the briefing schedule as follows:

- Appellant's opening brief and the joint appendix will be filed on or before April 3, 2024.
- Appellees' response brief will be filed on or before June 3, 2024.
- Appellant's reply brief will be filed on or before July 24, 2024.

Dated: January 31, 2024

Respectfully submitted,

/s/ *Kayla A. Toney*

| | |
|---|---|
| Nicholas DelGaudio<br>Cleary, Giacobbe, Alfieri, Jacobs LLC<br>955 State Route 34, Suite 200<br>Matawan, NJ 07747<br>(732) 583-7474<br>ndelgaudio@cgajlaw.com<br><br>*Counsel for Defendants-Appellees* | Kayla A. Toney<br>FIRST LIBERTY INSTITUTE<br>1331 Pennsylvania Ave. NW, Ste. 1410<br>Washington, DC 20004<br>ktoney@firstliberty.org<br>VA Bar No. 93815<br><br>David J. Hacker<br>Jeffrey C. Mateer<br>Justin E. Butterfied<br>FIRST LIBERTY INSTITUTE<br>2001 W. Plano Pkwy., Ste. 1600<br>Plano, Texas 75075<br>dhacker@firstliberty.org<br>jmateer@firstliberty.org<br>jbutterfield@firstliberty.org<br><br>Joshua C. McDaniel<br>Parker W. Knight III<br>Kathryn F. Mahoney<br>HARVARD LAW SCHOOL<br>  RELIGIOUS FREEDOM CLINIC<br>6 Everett Street, Suite 5110<br>Cambridge, MA 02138<br>(617) 496-4383<br>jmcdaniel@law.harvard.edu<br><br>*Counsel for Plaintiff-Appellant* |

# CERTIFICATE OF COMPLIANCE

This motion complies with Fed. R. App. P. 27(d) because it contains 322 words, excluding the parts exempted by Fed. R. App. P. 32(f).

This motion also complies with the typeface and type-style requirements of Fed. R. App. P. 32(a) because it has been prepared in a proportionally spaced, 14-point Century Schoolbook font.

Dated: January 31, 2024

/s/ *Kayla A. Toney*
Kayla A. Toney

## CERTIFICATE OF SERVICE

I certify that on January 31, 2024, I served this document on all parties or their counsel of record via CM/ECF.

Dated: January 31, 2024

/s/ *Kayla A. Toney*
Kayla A. Toney